No. 890. Peter Sain et al. *v.* Cypress Creek Drainage District. Error to the Supreme Court of the State of Arkansas. June 2, 1924. Petition for a writ of certiorari herein denied. *Mr. Lamar Williamson,* for plaintiffs in error, in support of the petition. *Mr. Charles T. Coleman* appeared for defendant in error.

No. 943. Chicago, St. Paul, Minneapolis & Omaha Railway Company et al. *v.* Josephine C. Kepler. June 2, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Nebraska denied. *Mr. Wymer Dressler* and *Mr. R. L. Kennedy* for petitioners. *Mr. Edward P. Smith* and *Mr. Francis S. Howell* for respondent.

No. 989. B. W. Neal, Inc., et al. *v.* Alvin N. Powell et al. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. James F. Terry* for petitioners. *Mr. Joseph B. Jacobs* for respondents.

No. 994. Commerce Trust Company *v.* F. Alexander Chandler et al., Co-Receivers. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert G. Dodge* and *Mr. Harold S. Davis* for petitioner. *Mr. Judd Dewey* for respondents.

No. 995. Ephraim Lederer, Collector of Internal Revenue, *v.* Real Estate Title Insurance & Trust Company of Philadelphia. June 2, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Solicitor General Beck* for petitioner. *Mr. Maurice Bower Saul* for respondent.